EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Amador I. D'Alzina Nin | 2016 TSPR 199<br><br>196 DPR ____ |

Número del Caso: TS-5624

Fecha: 16 de septiembre de 2016

Abogado del Peticionario:

       Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Amador I. D'Alzina Nin          TS-5624

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 16 de septiembre de 2016.

Examinada la *Moción en Cumplimiento de Orden y Consignando la Suma de $800.00 dólares en Secretaria de este Tribunal* presentada el 12 de septiembre de 2016 por el Sr. Amador I. D'Alzina Nin, así como el escrito solicitando que se reinstale al aquí compareciente presentado el 28 de julio de 2016, se autoriza su reinstalación al ejercicio de la abogacía. Ello, luego de que este acreditara el haber dado cumplimiento a nuestras órdenes de consignar la referida suma a favor del Secretario del Tribunal, según le fue ordenado mediante Resolución el 29 de agosto de 2016, así como las gestiones para notificar a la Sra. Natalia Sierra.

Publíquese.

Lo acordó, manda el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo